UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Tion Yakeian Dailey, | Civil No. 06-378 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Burnsville Police Dept./<br>Ofc. Stoller, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 7, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Plaintiff's application to proceed without prepayment of fees (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

March 29, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                       United States District Judge